IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

HASHIM ASAAD MUHAMMED SHABAZZ  *

   Plaintiff,  *

   v.  *   1:07-CV-755-MHT
       (WO)
SYLVIA SUMMERS, *et al*.,  *

   Defendants.  *

**ORDER**

Upon consideration of the Recommendation of the Magistrate Judge entered on August 30, 2007, the undersigned deems it appropriate to direct the Clerk to substitute the page attached to this order which corrects the Conclusion portion of the original Recommendation to accurately reflect the matters discussed therein.

Accordingly, the Clerk is DIRECTED to substitute the attached page for page 6 of the original Recommendation of the Magistrate Judge entered August 30, 2007. Plaintiff may file any further objections to the August 30, 2007 Recommendation of the Magistrate Judge, as corrected, on or before September 14, 2007.

Done, this 7th day of September 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

S.Ct. at 985 (emphasis in original). An attorney who represents a defendant in criminal proceedings does not act under color of state law. *Polk County v. Dodson*, 454 U.S. 312 (1981); *Mills v. Criminal District Court No. 3*, 837 F.2d 677, 679 (5th Cir. 1988) ("[P]rivate attorneys, even court-appointed attorneys, are not official state actors and ... are not subject to suit under section 1983."). Plaintiff's claims against Defendant Johnson are, therefore, due to be dismissed in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i). *See Neitzke*, 490 U.S. at 327.

## II. CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. Plaintiff's false imprisonment claim be DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff's reputation claim be DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claims against Defendants Valeska, Mendheim, and Johnson be DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and/or (iii);

4. Defendants Valeska, Mendheim, and Johnson be DISMISSED as parties to the complaint; and

5. This case with respect to Plaintiff's false arrest/unlawful seizure claims against Defendants Holley and Summers be REFERRED back to the undersigned for further proceedings.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before September 12, 2007. Any objections filed must specifically