IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HASHIM ASAAD MUHAMMED SHABAZZ, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:07cv755-MHT |
| SYLVIA SUMMERS, et al., ) ) | |
| Defendants. ) | |

### ORDER

After and independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Hashim Asaad Muhammed Shabazz's objections (Doc. No. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 12) is adopted.

(3) Plaintiff Shabazz's false-imprisonment claim is dismissed without prejudice.

(4) Plaintiff Shabazz's reputation claim is dismissed with prejudice.

(5) Plaintiff Shabazz's conspiracy claim is dismissed without prejudice.

(6) Plaintiff Shabazz's claims against defendants Valeska, Mendheim, and Johnson are dismissed with prejudice.

(7) Defendants Valeska, Mendheim, and Johnson are dismissed as parties.

(8) This case, with respect to plaintiff Shabazz's false-imprisonment and unlawful-seizure claims against defendants Holley and Summers, is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 10th day of October, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE