IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HASHIM ASAAD MUHAMMED SHABAZZ, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 1:07cv755-MHT (WO) |
| SYLVIA SUMMERS and JAMES HOLLEY, | ) ) ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit charging defendants with false arrests. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of February, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE